**\*\* E-filed October 5, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK PERLMUTTER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>INTUITIVE SURGICAL, INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C10-03451 HRL<br><br>**ORDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial.  Accordingly, all parties who have not yet done so shall, **no later than October 19, 2010**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge.  *See* N.D. Cal. Civ. R. 73-1.  The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

　　　**IT IS SO ORDERED.**

Dated: October 5, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**C10-03451 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Brian P Murray | bmurray@murrayfrank.com |
| Michael D. Braun | service@braunlawgroup.com, clc@braunlawgroup.com |
| Michael D. Celio | mdc@kvn.com, efiling@kvn.com, wik@kvn.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2