UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK PERLMUTTER, individually and on behalf of those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>INTUITIVE SURGICAL, ET AL.,<br><br>　　　　　　　　　Defendants. | Case No.: 10-CV-03451-LHK<br><br>ORDER RE: SCHEDULING OF MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND BRIEFING SCHEDULE |

Various motions to appoint lead plaintiff and lead counsel have been filed, each noticing a motion hearing for a different date. Per the Court's Standing Order and website, motions may only be noticed after contacting the Court's Courtroom Deputy, Martha Parker Brown, and reserving a date. Counsel for Plaintiff Jack Perlmutter did follow such procedures and noticed a motion hearing for Thursday, January 20, 2011. Accordingly, the Court shall consolidate the various motions to appoint lead plaintiff and lead counsel for a hearing on Thursday, January 20, 2011. Oppositions to the motions shall be simultaneously due on Friday, November 19, 2010. Replies shall be simultaneously due on Friday, December 10, 2010.

**IT IS SO ORDERED.**

Dated: October 12, 2010

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-03451-LHK
ORDER RE: SCHEDULING OF MOTIONS