IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK PERLMUTTER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

INTUITIVE SURGICAL, INC., et al.

Defendant.

CASE NO. 5:10-cv-03451-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Charles J. Piven, whose business address and telephone number is Brower Piven, A Professional Corporation, 1925 Old Valley Road, Stevenson, Maryland 21153, Telephone: 410-332-0030

and who is an active member in good standing of the bar of the State of Maryland

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Michael D. Marcus,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 7, 2011

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE