**RECEIVED**

JAN 1 1 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK PERLMUTTER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME McNAMARA, MARK J. RUBASH, GARY GUTHART, MARSHALL MOHR, and LONNIE SMITH, <br><br> Defendants. | Case No. CV 10-03451-LHK <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br> JUDGE LUCY H. KOH <br><br> By Fax |

[Proposed] Order
Case No. 10-03451-LHK

1     Mitchell M.Z. Twersky, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: Abraham, Fruchter & Twersky, LLP, One Penn Plaza, Suite 2805, New York, NY 1011, Telephone No. (212) 279-5050, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Police Retirement System of St. Louis.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: January 11, 2011

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

[Proposed] Order
Case No. 10-03451-LHK