BRAUN LAW GROUP, P.C.
MICHAEL BRAUN
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
mdb@braunlawgroup.com

-and-

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
bmurray@murrayfrank.com

Attorneys for Plaintiff

RECEIVED 2011 JAN 12 A 11: 59

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK PERLMUTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME McNAMARA, MARK J. RUBASH, GARY GUTHART, MARSHALL MOHR, and LONNIE SMITH,<br><br>Defendants. | Case No. CV-10-03451 LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY *PRO HAC VICE* |

0

## [PROPOSED] ORDER

Brian P. Murray, whose business address and telephone number is:

MURRAY, FRANK & SAILER LLP
275 MADISON AVENUE, SUITE 801, NEW YORK, NY 10016
(212) 682-1818,

and who is an active member in good standing of the U.S. District Courts for the Southern and Eastern Districts of New York and of the U.S. Courts of Appeals for the First, Second, and Fifth Circuits, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Jack Perlmutter;

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: January 19, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge