United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POLICE RETIREMENT SYSTEMS OF ST. LOUIS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>INTUITIVE SURGICAL, INC., ET AL.,<br><br>                      Defendants. | Case No.: 10-CV-03451-LHK<br><br>ORDER MODIFYING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS<br><br>(re: dkt. #48) |

On March 24, 2011, in an effort to support the parties' discussions regarding potential settlement, the Court adopted the parties' stipulation extending the time to file the amended complaint, the motion to dismiss, and the opposition to the motion to dismiss. *See* Dkt. #46. Unfortunately, however, it appears that the parties' efforts at resolving this case have not yet been successful. Plaintiffs filed an amended complaint on April 15, 2011, and Defendants filed a motion to dismiss, with voluminous exhibits totaling nearly 300 pages, on May 23, 2011. Defendants' motion to dismiss is noticed for hearing on August 11, 2011. Under the current schedule, Plaintiffs' opposition is not due until July 7, 2011, while Defendants' reply is not due until July 25, 2011.

In anticipation of extensive briefing and exhibits on both sides, the Court would benefit from a slightly more expedited briefing schedule in advance of the August 11, 2011 hearing.

1

Case No.: 10-CV-03451-LHK
ORDER MODIFYING BRIEFING SCHEDULE

1   Accordingly, Plaintiffs' opposition is now due by Friday, July 1, 2011, and Defendants' reply is
2   now due by Monday, July 18, 2011.  The hearing on Defendants' motion to dismiss and the case
3   management conference remain set for Thursday, August 11, 2011 at 1:30 p.m.
4   **IT IS SO ORDERED.**

6   Dated: June 1, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03451-LHK
ORDER MODIFYING BRIEFING SCHEDULE