| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | ROBERT A. VAN NEST - #84065 |
| 2 | MICHAEL D. CELIO - #197998 |
|   | SUYUN H. KIM - #263117 |
| 3 | 633 Battery Street |
|   | San Francisco, CA  94111-1809 |
| 4 | Telephone:  (415) 391-5400 |
|   | Facsimile:  (415) 397-7188 |
| 5 | E-mail:  rvn@kvn.com |
|   |         mdc@kvn.com |
| 6 |         suyunkim@kvn.com |

Attorneys for Defendants
INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARSHALL MOHR, AND LONNIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POLICE RETIREMENT SYSTEM OF ST. LOUIS, individually and on behalf of all others similarly situated, | Case No. CV-10-03451-LHK |
| Plaintiffs, | **STIPULATION RE DATE TO FILE MOTION TO DISMISS AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARSHALL MOHR, AND LONNIE SMITH, | As Amended |
| Defendants. | |

1   WHEREAS on August 10, 2011, the Court entered an order granting Defendants' motion
2 to dismiss Plaintiffs' Complaint, continuing the case management conference scheduled for
3 August 11, 2011 to October 26, 2011, and granting Plaintiffs leave to amend the Complaint by
4 September 12, 2011;

5   WHEREAS on September 12, 2011, Plaintiffs filed an Amended Complaint;

6   WHEREAS Defendants intend to file a motion to dismiss the Amended Complaint;

7   WHEREAS the Court's August 10, 2011 order stated that in the event Defendants move
8 to dismiss the Amended Complaint, the Court would continue the October 26, 2011 case
9 management conference to the same date as the motion hearing;

10   WHEREAS Defendants have requested to enlarge the time to file a motion to dismiss,
11 and to fairly and proportionately set a schedule for Plaintiffs' opposition thereto, and the
12 Defendants' reply, in light of the complexity of the issues presented;

13   WHEREAS the parties to this Action agree that justice and judicial economy will best be
14 served if this Court approves the following stipulated and agreed schedule.

15   **IT IS THEREFORE STIPULATED, SUBJECT TO THE COURT'S APPROVAL:**

16   The parties shall abide by the following deadlines:

17   Motion to Dismiss:        October 17, 2011

18   Opposition:               November 18, 2011

19   Reply:                    December 5, 2011

20   Hearing:                  As set by the Court

21   **IT IS SO STIPULATED.**

22 Dated:  September 19, 2011              KEKER & VAN NEST LLP

23

24
                                          By: /s/ Michael D. Celio
25                                             MICHAEL D. CELIO
                                               Attorneys for Defendants
26                                             INTUITIVE SURGICAL, INC., BENJAMIN GONG,
                                               ALEKS CUKIC, JEROME MCNAMARA, GARY
27                                             GUTHART, MARSHALL MOHR, AND LONNIE
                                               SMITH.
28

Dated: September 19, 2011					ABRAHAM, FRUCHTER & TWERKSY

								By: <u>Ian Berg (by express permission)</u>
								      IAN BERG
								      Lead Counsel and Attorneys for Lead Plaintiff
								      ST. LOUIS POLICE RETIREMENT SYSTEM

The parties shall abide by the following deadlines:

| | | |
|---|---|---|
| Motion to Dismiss: | ~~October 17, 2011~~ | October 13, 2011 |
| Opposition: | ~~November 18, 2011~~ | November 14, 2011 |
| Reply: | ~~December 5, 2011~~ | December 1, 2011 |
| Hearing: | | |

**IT IS SO ORDERED.**

Dated:

								By: *Lucy H. Koh*
								     LUCY H. KOH
								     UNITED STATES DISTRICT JUDGE

---

2

STIPULATION RE DATE TO FILE MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. CV-10-03451-LHK

580349.01