KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
MICHAEL D. CELIO - #197998
SUYUN H. KIM - #263117
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
E-mail:  rvn@kvn.com
             mdc@kvn.com
             suyunkim@kvn.com

Attorneys for Defendants
INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARSHALL MOHR, AND LONNIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POLICE RETIREMENT SYSTEM OF ST. LOUIS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARSHALL MOHR, AND LONNIE SMITH,<br><br>                              Defendants. | Case No. CV-10-03451-LHK<br><br>**STIPULATION RE DATE TO FILE MOTION TO DISMISS AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>As Amended |

1  WHEREAS on August 10, 2011, the Court entered an order granting Defendants' motion to dismiss Plaintiffs' Complaint, continuing the case management conference scheduled for August 11, 2011 to October 26, 2011, and granting Plaintiffs leave to amend the Complaint by September 12, 2011;

WHEREAS on September 12, 2011, Plaintiffs filed an Amended Complaint;

WHEREAS Defendants intend to file a motion to dismiss the Amended Complaint;

WHEREAS the Court's August 10, 2011 order stated that in the event Defendants move to dismiss the Amended Complaint, the Court would continue the October 26, 2011 case management conference to the same date as the motion hearing;

WHEREAS Defendants have requested to enlarge the time to file a motion to dismiss, and to fairly and proportionately set a schedule for Plaintiffs' opposition thereto, and the Defendants' reply, in light of the complexity of the issues presented;

WHEREAS the parties to this Action agree that justice and judicial economy will best be served if this Court approves the following stipulated and agreed schedule.

**IT IS THEREFORE STIPULATED, SUBJECT TO THE COURT'S APPROVAL:**

The parties shall abide by the following deadlines:

| | |
|---|---|
| Motion to Dismiss: | October 17, 2011 |
| Opposition: | November 18, 2011 |
| Reply: | December 5, 2011 |
| Hearing: | As set by the Court |

**IT IS SO STIPULATED.**

Dated:  September 19, 2011                KEKER & VAN NEST LLP


By: /s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Defendants
INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARSHALL MOHR, AND LONNIE SMITH.

Dated:  September 19, 2011                    ABRAHAM, FRUCHTER & TWERKSY


                                              By: Ian Berg (by express permission)
                                                  IAN BERG
                                                  Lead Counsel and Attorneys for Lead Plaintiff
                                                  ST. LOUIS POLICE RETIREMENT SYSTEM


The parties shall abide by the following deadlines:

| | | |
|---|---|---|
| Motion to Dismiss: | ~~October 17, 2011~~ | October 13, 2011 |
| Opposition: | ~~November 18, 2011~~ | November 14, 2011 |
| Reply: | ~~December 5, 2011~~ | December 1, 2011 |
| Hearing: | | |

**IT IS SO ORDERED.**

Dated:

                                              By: /s/ Lucy H. Koh
                                                  LUCY H. KOH
                                                  UNITED STATES DISTRICT JUDGE

---

2

STIPULATION RE DATE TO FILE MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. CV-10-03451-LHK

580349.01