1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  Email:rvannest@kvn.com
   MICHAEL D. CELIO - #197998
3  Email:mcelio@kvn.com
   633 Battery Street
4  San Francisco, CA  94111
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS
7  CUKIC, JEROME MCNAMARA, GARY GUTHART,
   MARHSALL MOHR, AND LONNIE SMITH,

8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  POLICE RETIREMENT SYSTEM OF ST. LOUIS, individually and on behalf of all 14  others similarly situated, | Case No. CV-10-03451 |
| 15                            Plaintiffs, | **STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER** |
| 16  v. 17 | |
| INTUITIVE SURGICAL, INC., BENJAMIN 18  GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, 19  MARHSALL MOHR, AND LONNIE SMITH, 20                            Defendants. 21 | |

22

23      **WHEREAS,** Defendants filed a Motion to Dismiss the Amended Class Action

24  Complaint on October 13, 2011; and

25      **WHEREAS,**  briefing has been completed and oral argument on that Motion is currently

26  set for January 26, 2012, along with a Case Management Conference; and

27      **WHEREAS,** counsel for Defendants, Michael Celio, is also trial counsel in *Hilda L.*

28  *Solis, Secretary of Labor, United States Dept. of Labor v. Jasmine Hall Care Homes, et al.,* Case

1

**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**
CASE NO. CV-10-03451

613044.01

1   No. 2:05-cv-01306-GEB KJM, pending before the Hon. Garland Burrell in the Eastern District

2   of California in Sacramento (as set forth in the accompanying Declaration of Michael D. Celio);

3   and

4     **WHEREAS,** based on discussions between counsel in the *Solis v. Jasmine Hall* matter, it

5   now appears certain that trial will extend past January 26, 2012 making it impossible for

6   Defendants' counsel to be present both at the *Solis* trial and before this Court; and

7     **WHEREAS,** a brief, two or three week extension would ensure that counsel for

8   Defendants could appear; and

9     **WHEREAS**, counsel have met and conferred on available dates, and Defendants'

10  counsel is available on either February 9 or February 16, 2012; and

11    **WHEREAS,** lead counsel for plaintiffs is available on February 9, 2012, and is

12  scheduled to appear before Judge Alsup in San Francisco on February 16, 2012; however, lead

13  counsel for plaintiffs will be able to accommodate if the Court finds February 16, 2012, more

14  convenient;

15    **IT IS THEREFORE STIPULATED THAT:**

16    1.  Subject to the Court's approval, oral argument in this matter, as well as the case

17  management conference scheduled for the same date, shall be continued from January 26, 2012

18  until February 9, 2012 or to February 16, 2012 if that is more convenient for the Court.

19

20  Dated:   January 11, 2012       KEKER & VAN NEST LLP

21

22              By: */s/ Michael D. Celio*
               MICHAEL D. CELIO
23                 Attorneys for Defendants
               INTUITIVE SURGICAL, INC.,
24                 BENJAMIN GONG, ALEKS CUKIC,
               JEROME MCNAMARA, GARY
25                 GUTHART, MARHSALL MOHR, AND
               LONNIE SMITH

26

27

28

**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT**
**AND [~~PROPOSED~~] ORDER**
CASE NO. CV-10-03451

613044.01

1   Dated:  January 11, 2012                    ABRAHAM, FRUCHTER & TWERKSY

2

3                                               By:  */s/ Ian Berg*
                                                IAN BERG
4                                               Lead Counsel and Attorneys for Lead
                                                Plaintiff
5                                               ST. LOUIS POLICE RETIREMENT
                                                SYSTEM

6                                               *Filer's Attestation:  Pursuant to General
                                                Order No. 45, Section X.B. regrinding non-*
7                                               *filing signatories, Michael D. Celio hereby*
                                                *attests that concurrence in the filing of this*
8                                               *Stipulation and [Proposed] Order has been*
                                                *obtained from Ian Berg.*

9

10

11

12          Pursuant to Stipulation and for good cause shown, oral argument on Defendants' Motion

13   to Dismiss the Amended Class Action Complaint and the Case Management Conference in this

14   action is continued from January 26, 2012 until February 16, 2012, at 1:30 p.m.

15          **IT IS SO ORDERED.**

16
     DATED: January 11, 2012
17

18

19   By: _Lucy H. Koh_____
                                                HON. LUCY H. KOH
20                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

---
                                               3
**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT**
613044.01                    **AND [~~PROPOSED~~] ORDER**
                              CASE NO. CV-10-03451