KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
Email:rvannest@kvn.com
MICHAEL D. CELIO - #197998
Email:mcelio@kvn.com
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARHSALL MOHR, AND LONNIE SMITH,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLICE RETIREMENT SYSTEM OF ST. LOUIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., BENJAMIN GONG, ALEKS CUKIC, JEROME MCNAMARA, GARY GUTHART, MARHSALL MOHR, AND LONNIE SMITH,<br><br>Defendants. | Case No. CV-10-03451<br><br>**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT AND [PROPOSED] ORDER** |

**WHEREAS,** Defendants filed a Motion to Dismiss the Amended Class Action Complaint on October 13, 2011; and

**WHEREAS,** briefing has been completed and oral argument on that Motion is currently set for January 26, 2012, along with a Case Management Conference; and

**WHEREAS,** counsel for Defendants, Michael Celio, is also trial counsel in *Hilda L. Solis, Secretary of Labor, United States Dept. of Labor v. Jasmine Hall Care Homes, et al.,* Case

---

1

**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT AND [PROPOSED] ORDER**
CASE NO. CV-10-03451

613044.01

No. 2:05-cv-01306-GEB KJM, pending before the Hon. Garland Burrell in the Eastern District of California in Sacramento (as set forth in the accompanying Declaration of Michael D. Celio); and

**WHEREAS,** based on discussions between counsel in the *Solis v. Jasmine Hall* matter, it now appears certain that trial will extend past January 26, 2012 making it impossible for Defendants' counsel to be present both at the *Solis* trial and before this Court; and

**WHEREAS,** a brief, two or three week extension would ensure that counsel for Defendants could appear; and

**WHEREAS**, counsel have met and conferred on available dates, and Defendants' counsel is available on either February 9 or February 16, 2012; and

**WHEREAS,** lead counsel for plaintiffs is available on February 9, 2012, and is scheduled to appear before Judge Alsup in San Francisco on February 16, 2012; however, lead counsel for plaintiffs will be able to accommodate if the Court finds February 16, 2012, more convenient;

**IT IS THEREFORE STIPULATED THAT:**

1. Subject to the Court's approval, oral argument in this matter, as well as the case management conference scheduled for the same date, shall be continued from January 26, 2012 until February 9, 2012 or to February 16, 2012 if that is more convenient for the Court.

Dated:   January 11, 2012                                                  KEKER & VAN NEST LLP

By:  */s/ Michael D. Celio*
MICHAEL D. CELIO
Attorneys for Defendants
INTUITIVE SURGICAL, INC.,
BENJAMIN GONG, ALEKS CUKIC,
JEROME MCNAMARA, GARY
GUTHART, MARHSALL MOHR, AND
LONNIE SMITH

613044.01

2
**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT AND [PROPOSED] ORDER**
CASE NO. CV-10-03451

1  Dated: January 11, 2012                                     ABRAHAM, FRUCHTER & TWERKSY

                                                    By:  /s/ Ian Berg
                                                         IAN BERG
                                                         Lead Counsel and Attorneys for Lead
                                                         Plaintiff
                                                         ST. LOUIS POLICE RETIREMENT
                                                         SYSTEM

                                                    *Filer's Attestation:  Pursuant to General
                                                    Order No. 45, Section X.B. regrinding non-
                                                    filing signatories, Michael D. Celio hereby
                                                    attests that concurrence in the filing of this
                                                    Stipulation and [Proposed] Order has been
                                                    obtained from Ian Berg.*

        Pursuant to Stipulation and for good cause shown, oral argument on Defendants' Motion to Dismiss the Amended Class Action Complaint and the Case Management Conference in this action is continued from January 26, 2012 until February 16, 2012, at 1:30 p.m.

    **IT IS SO ORDERED.**

DATED: January 11, 2012

                                                    By: /s/ Lucy H. Koh
                                                        HON. LUCY H. KOH
                                                        UNITED STATES DISTRICT JUDGE

3
**STIPULATION RE DATE OF ORAL ARGUMENT ON MOTION TO DISMISS AMENDED COMPLAINT AND [PROPOSED] ORDER**
CASE NO. CV-10-03451

613044.01